ROBERT C. HAHN, III
2906 N. ARGONNE RD.
SPOKANE VALLEY, WA 99212
(509) 921-9500 / (509) 921-7699 – FAX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: Demateis, Christopher J.       )  Case No. 25-02099-FPC13
                                      )
                                      )  Modification of Plan and Certificate of No
                                      )  Adverse Effect
             Debtor(s).             )
                                        )

1.      An amended Form 122C has been filed with the court.

2.      Listed Creditor Department of Treasury-Internal Revenue Service (claim no. 2) in the amount of $1,995.92, shall be paid pursuant to Part 4.3 of the Plan, commencing month one of the Plan.

3.      Debtor's plan payment will increase to $2,070.00 beginning month one of the Plan.

4.      The Plan will be 100% Plan.

5.      All other aspects of the plan remain unchanged.

### CERTIFICATE

There were no changes to the Plan or to the treatment of creditors by this Modification which adversely affected creditors; therefore, no service of the Modification was made on creditors.

DATED:      01/05/2026                 By: /S/ ROBERT C. HAHN, III

                                                    Robert Hahn III, Attorney for Debtor

MODIFICATION - 1